CLARA R. SMIT, ESQ.
ATTORNEY AT LAW
100 HORIZON CENTER BOULEVARD
HAMILTON, NJ 08691
(732) 843-6600
ATTORNEY FOR PLAINTIFF

UNITED DTATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIA ARRIVELLO, | : |
| | : |
| Plaintiffs, | : |
| | : CIVIL ACTION NO. |
| V. | : |
| | : |
| KENNEDY HEALTH SYSTEM, | : |
| CLEMENTON FAMILY PRACTICE | : STIPULATION OF VOLUNTARY |
| & AMBULATORY CARE, & | : DISMISSAL PURSUANT TO F.R.C.P. |
| DR. PRADIP PATEL | : 41(a)(1) |
| | : |
| | : |
| | : |
| Defendant. | : |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Kennedy Health System, Inc. on behalf of itself and its wholly owned and operated hospital, Kennedy University Hospital, Inc., ("Defendant") pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

/s/ Clara R. Smit
_____
Signature of plaintiffs or plaintiff's

100 Horizon Center Blvd
_____
Address

Hamilton, NJ 08691
_____
City, State & Zip Code

(732) 843-6600
_____
Telephone Number

Dated:

_____
Signature of Defendant's counsel

Kennedy Health System, Inc.
on behalf of its wholly owned and
wholly controlled subsidiaries
1099 White Horse Road
Voorhees, NJ 08043

856-566-5260

Dated: August 16, 2017