Law Offices of Swati M. Kothari, LLC
Swati M. Kothari, Esq.
712 East Main Street, Suite 2A
Moorestown, New Jersey 08057
(856) 359-6699
Attorneys for Defendants, Clementon Family Practice &
Ambulatory Care and Dr. Pradip Patel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JULIA ARRIVELLO, | : |
| Plaintiff, | : Civil Action No. 1:17-CV-05455-JHR-JS |
| vs. | : |
| KENNEDY HEALTH SYSTEM CLEMENTON FAMILY PRACTICE & AMBULATORY CARE AND DR. PRADIP PATEL | : **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants | : |

**THE MATTER IN CONTROVERSY** having been amicably settled between the parties hereto;

**IT IS ON THIS** 31st day of JULY, 2018, **STIPULATED AND AGREED** that the plaintiff's action against the defendants, Clementon Family Practice & Ambulatory Care and Dr. Pradip Patel, be and the same hereby is dismissed with prejudice and without costs to any party involving all matters pertaining to the above-captioned parties.

LAW OFFICES OF SWATI M.				CLARA R. SMIT, ESQ.
KOTHARI, LLC

*Swati M. Kothari*					*Clara R. Smit*
SWATI M. KOTHARI, ESQ.				CLARA R. SMIT, ESQ.
Attorney for Defendants				Attorney for Plaintiff